# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 09-56467-MBM | | **Trustee Name:** | Frederick J. Dery |
| **Case Name:** | HARTLEY, NANCY E. | | **Date Filed (f) or Converted (c):** | 05/26/2009 (f) |
| **For the Period Ending:** | 03/31/2010 | | **§341(a) Meeting Date:** | 07/02/2009 |
| | | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Fifth Third Bank Checking Account certificates o | $0.00 | $0.00 | DA | $0.00 | FA |
| 2  2 table lamps | $15.00 | $0.00 | DA | $0.00 | FA |
| 3  4 wooden kitchen chairs | $40.00 | $0.00 | DA | $0.00 | FA |
| 4  dding machine by Canon | $5.00 | $0.00 | DA | $0.00 | FA |
| 5  towels, hand towels, wash cloths | $10.00 | $0.00 | DA | $0.00 | FA |
| 6  materials, paint | $50.00 | $0.00 | DA | $0.00 | FA |
| 7  bedroom lamps (3) | $20.00 | $0.00 | DA | $0.00 | FA |
| 8  ookcase, small (1) | $5.00 | $0.00 | DA | $0.00 | FA |
| 9  candlestick holders, candle lantern bowls, knick | $50.00 | $0.00 | DA | $0.00 | FA |
| 10 christmas decorations and ornaments | $20.00 | $0.00 | DA | $0.00 | FA |
| 11 coffee maker | $25.00 | $0.00 | DA | $0.00 | FA |
| 12 collector cards: football etc. | $20.00 | $0.00 | DA | $0.00 | FA |
| 13 comforters, quilts and blankets | $25.00 | $0.00 | DA | $0.00 | FA |
| 14 CoolMist Humidifier (QVC) | $5.00 | $0.00 | DA | $0.00 | FA |
| 15 Costume pieces of jewelry, charms, homemade jewe | $50.00 | $0.00 | DA | $0.00 | FA |
| 16 Dell Dimension 8100 PC | $200.00 | $0.00 | DA | $0.00 | FA |
| 17 digital bathroom scale | $10.00 | $0.00 | DA | $0.00 | FA |
| 18 Digital Camera | $50.00 | $0.00 | DA | $0.00 | FA |
| 19 hand mixer | $2.00 | $0.00 | DA | $0.00 | FA |
| 20 Hewlitt Packer printer and paper | $30.00 | $0.00 | DA | $0.00 | FA |
| 21 iron and ironing board | $20.00 | $0.00 | DA | $0.00 | FA |
| 22 knitting supplies | $100.00 | $0.00 | DA | $0.00 | FA |
| 23 knives in wood block (16 knives) | $40.00 | $0.00 | DA | $0.00 | FA |
| 24 korean knotted duck wall hanging | $2.00 | $0.00 | DA | $0.00 | FA |
| 25 Large Clock | $15.00 | $0.00 | DA | $0.00 | FA |
| 26 mini cuisinart chopper | $3.00 | $0.00 | DA | $0.00 | FA |
| 27 miscellaneous kitchen utensils (spatulas, tupper | $30.00 | $0.00 | DA | $0.00 | FA |
| 28 music shelf/cabinet | $30.00 | $0.00 | DA | $0.00 | FA |
| 29 One dresser | $25.00 | $5.00 | DA | $0.00 | FA |
| 30 philips TV 13" | $10.00 | $0.00 | DA | $0.00 | FA |
| 31 placemats, hand towels, dish towels | $20.00 | $0.00 | DA | $0.00 | FA |
| 32 Portable RCA cd/radio | $25.00 | $0.00 | DA | $0.00 | FA |
| 33 09-56534 s, pans, baking sheets | $50.00 | $0.00 | DA | $0.00 | FA |
| 34 ce paper lantern | $5.00 | $0.00 | DA | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 09-56467-MBM | | **Trustee Name:** | Frederick J. Dery |
| **Case Name:** | HARTLEY, NANCY E. | | **Date Filed (f) or Converted (c):** | 05/26/2009 (f) |
| **For the Period Ending:** | 03/31/2010 | | **§341(a) Meeting Date:** | 07/02/2009 |
| | | | **Claims Bar Date:** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 35 | room fans | $10.00 | $0.00 | DA | $0.00 | FA |
| 36 | gs (2 small) | $10.00 | $0.00 | DA | $0.00 | FA |
| 37 | ervice for ten (dishes bowls etc) | $150.00 | $0.00 | DA | $0.00 | FA |
| 38 | lide projector | $40.00 | $0.00 | DA | $0.00 | FA |
| 39 | small table top clock | $5.00 | $0.00 | DA | $0.00 | FA |
| 40 | dispensers for bathroom, soap dishes, shampoo ho | $5.00 | $0.00 | DA | $0.00 | FA |
| 41 | oftcover books | $15.00 | $0.00 | DA | $0.00 | FA |
| 42 | lsony cd player | $50.00 | $0.00 | DA | $0.00 | FA |
| 43 | ereo with casseteed deck/cd player | $50.00 | $0.00 | DA | $0.00 | FA |
| 44 | tongueplant potted | $5.00 | $0.00 | DA | $0.00 | FA |
| 45 | bag, small tool box, power drill, paint sprayer | $50.00 | $0.00 | DA | $0.00 | FA |
| 46 | TV-quasar 20" (analog) | $20.00 | $0.00 | DA | $0.00 | FA |
| 47 | uniden cordless phone | $2.00 | $0.00 | DA | $0.00 | FA |
| 48 | Vacuum, eureka (bagless) | $50.00 | $0.00 | DA | $0.00 | FA |
| 49 | waste basket (small plastic) | $1.00 | $0.00 | OA | $0.00 | FA |
| 50 | wicker clothes hamper | $5.00 | $0.00 | DA | $0.00 | FA |
| 51 | wooden case | $20.00 | $0.00 | DA | $0.00 | FA |
| 52 | wooden corner shelf | $10.00 | $0.00 | DA | $0.00 | FA |
| 53 | wooden hutch shelf/cabinet | $40.00 | $0.00 | DA | $0.00 | FA |
| 54 | wooden trunk/hopechest | $50.00 | $0.00 | DA | $0.00 | FA |
| 55 | CD's | $50.00 | $0.00 | DA | $0.00 | FA |
| 56 | DVD's | $100.00 | $0.00 | DA | $0.00 | FA |
| 57 | hard cover books | $20.00 | $0.00 | DA | $0.00 | FA |
| 58 | hobby/crafting books | $25.00 | $0.00 | DA | $0.00 | FA |
| 59 | hobby/crafting magazines | $20.00 | $0.00 | DA | $0.00 | FA |
| 60 | picture: stitched | $20.00 | $0.00 | DA | $0.00 | FA |
| 61 | pictures for wall | $20.00 | $0.00 | DA | $0.00 | FA |
| 62 | various cookbooks | $10.00 | $0.00 | DA | $0.00 | FA |
| 63 | 2 leather purses | $30.00 | $0.00 | DA | $0.00 | FA |
| 64 | coats (2) | $40.00 | $0.00 | DA | $0.00 | FA |
| 65 | dresses (2) | $10.00 | $0.00 | OA | $0.00 | FA |
| 66 | hats, gloves, scarves (14) | $10.00 | $0.00 | DA | $0.00 | FA |
| 67 | lightweight coats (5) | $30.00 | $0.00 | DA | $0.00 | FA |
| 68 | movado watch (stainless) | $15.00 | $0.00 | DA | $0.00 | FA |
| 69 | pants (20) | $20.00 | $0.00 | DA | $0.00 | FA |
| 70 | qvc watch | $10.00 | $0.00 | DA | $0.00 | FA |
| 71 | yskirts (15) | $20.00 | $0.00 | DA | $0.00 | FA |
| 72 | Osweaters (20) | $50.00 | $0.00 | DA | $0.00 | FA |
| 73 | (5) and t-shirts (20) | $40.00 | $0.00 | DA | $0.00 | FA |
| 74 | and socks | $0.00 | $0.00 | DA | $0.00 | FA |
| 75 | antique rings (2) | $50.00 | $0.00 | DA | $0.00 | FA |
| 76 | coat from salvation army | $10.00 | $0.00 | DA | $0.00 | FA |
| 77 | -costume je | $5.00 | $0.00 | DA | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 09-56467-MBM | | **Trustee Name:** | Frederick J. Dery |
| **Case Name:** | HARTLEY, NANCY E. | | **Date Filed (f) or Converted (c):** | 05/26/2009 (f) |
| **For the Period Ending:** | 03/31/2010 | | **§341(a) Meeting Date:** | 07/02/2009 |
| | | | **Claims Bar Date:** | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| \# | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 78 | (15 pairs; stud) | $100.00 | $0.00 | DA | $0.00 | FA |
| 79 | (dangle) 20 pairs | $100.00 | $0.00 | DA | $0.00 | FA |
| 80 | chain and 3 bracelets (14k gold) | $100.00 | $0.00 | DA | $0.00 | FA |
| 81 | jewelry | $0.00 | $0.00 | DA | $0.00 | FA |
| 82 | (30" strand) and matching earrings | $100.00 | $0.00 | DA | $0.00 | FA |
| 83 | Fifth Third Bank IRA Account No. 048-031640 | $34,000.00 | $0.00 | DA | $0.00 | FA |
| 84 | Property settlement from divorce in 2002; origin | Unknown | $10,000.00 | | $0.00 | $10,000.00 |
| 85 | 1999 Jeep Grand Cherokee; VIN # 1J4GW68N1XC62348 | $2,500.00 | $0.00 | DA | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

                $39,100.00        $10,005.00                     $0.00      $10,000.00

**Major Activities affecting case closing:**

   11/09/2009      TRUSTEE IS INVESTIGATING A PROPERTY SETTLEMENT FROM A DIVORCE

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2010 | /s/ FREDERICK J. DERY | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2010 | FREDERICK J. DERY | |